Form 210A (12/09)                    **United States Bankruptcy Court**

CENTRAL DISTRICT OF PR

In Re: RAMOS RIVERA; JOSE ERNESTO              Case No. 0907597

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                          FIA CARD SERVICES NA
-----------------------------------------                   -----------------------------------------
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee                Court Claim # (if known): 8
should be sent:                                             Amount of Claim: $5,021.09
POB 41067                                                   Date Claim Filed: 12/18/2009
NORFOLK, VA 23541

Phone: (877)829-8298                                        Phone:
Last Four Digits of Acct # :  9346                          Last Four Digits of Acct #:

Name and Address where transferee payments                  Seller Information
Should be sent (if different from above)                    FIA CARD SERVICES, N.A.
PO Box 12914                                                665 PAPERMILL RD.
NORFOLK, VA 23541                                           NEWARK DE 19711

Phone: (877)829-8298
Last Four Digits of Acct # : 9346

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                                      Date: 3/17/2010
    -----------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571