# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

Case No. **09-07597 (SEK)**

**RAMOS RIVERA, JOSE ERNESTO & RAMOS SANCHEZ, CARMEN MARIA**

Chapter **13**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/23/2010**
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | 688.00 | x | 60 | = $ 41,280.00 |
| $ | | x | | = $ |
| $ | | x | | = $ |
| $ | | x | | = $ |
| $ | | x | | = $ |

TOTAL: $ **41,280.00**

Additional Payments:
$ **32,512.00** to be paid as a LUMP SUM within **23 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**SALE OF RESIDENTIAL PROPERTY WITHIN 18 MONTHS FROM CONFIRMATION**

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **73,792.00**

### III. ATTORNEY'S FEES
#### (Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,000.00**

Signed: **/s/ JOSE E RAMOS RIVERA**
Debtor

**/s/ CARMEN M RAMOS SANCHEZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:

| Cr. **DORAL BANK** | Cr. | Cr. |
|---|---|---|
| # **8930070007330** | # | # |
| $ **25,142.05** | $ | $ |

2. ☑ Trustee pays IN FULL Secured Claims:

| Cr. **RELIABLE** | Cr. | Cr. |
|---|---|---|
| # **600573945000** | # | # |
| $ **8,070.55** | $ | $ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK        ASOC. RES. MANSIC        See Attached**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☑ Paid 100% / ☐ Other: _____

| Cr. **EUROBANK AND TR** | Cr. | Cr. |
|---|---|---|
| # **5593123083** | # | # |
| $ **3,017.45** | $ | $ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**

Phone: **(787) 282-9009**

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| | Cr | # | $ |
|---|---|---|---|

Debtor Otherwise maintains regular payments directly to:     **ORIENTAL - MORTG/**
**RELIABLE**

Executory Contracts - Assumed:     **EDNA VELLON**
**EUROLEASE**
**MARIA M. CRUZ**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

1. PLAN PAYS 100% + 6% TO ALLOWED GENERAL UNSECURED CREDITORS. DEBTORS RESERVE THE RIGHT TO OBJECT CLAIMS.

2. STAY LIFTED IN FAVOR OF RELIABLE (POC #6) OVER THE MAZDA 3 MOTOR VEHICLE.

3. STAY IS LIFTED IN FAVOR OF ORIENTAL BANK OVER DEBTORS' RESIDENTIAL PROPERTY AT URB. MANSIONES DE LOS ARTESANOS UP TO THE POINT OF SALE. DEBTORS ARE ACTIVELY PURSUING THE SALE OF THIS PROPERTY TO FUND THE PLAN'S LUMP PAYMENT.

4. ANY INCOME TAX REIMBURSEMENTS RECEIVED BY DEBTORS DURING THE TERM OF THE PLAN WILL BE DEPOSITED WITH THE TRUSTEE, AUTOMATICALLY ADJUSTING THE BASE TOTAL WITHOUT THE NEED OF MOFIDYING THE CONFIRMED PLAN.

5. EUROLEASE ARREARS CONSTITUTE THE TOTAL AMOUNT DUE OF THE RESIDUAL.

6. ADEQUATE PROTECTION UPON MATURITY DATES OF THE SCION MOTOR VEHICLE WILL BE PROVIDED THROUGH TRIPLE S PROPERTY INSURANCE. QUOTED AT $51 PER MONTH AND STARTING ON DECEMBER 2009, IT IS ESTIMATED AT $1,071.

7. ADDITIONAL ATTORNEY'S FEES IN THIS BUSINESS-RELATED-CASE SHALL BE REQUESTED THROUGH A SEPARATE APPLICATION WHICH SHALL BE SUBMITTED FOR AUTHORIZATION OF THE COURT.

-------TWENTY-EIGHT-DAY NOTICE TO PARTIES IN INTEREST-----------

WITHIN TWENTY EIGHT (28) DAYS AFTER SERVICE AS EVIDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(F) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS CHAPTER 13 PLAN WITH THE CLERK'S OFFICE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PLAN WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (I) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (II) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (III) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. FED. R. BANKR. P. 2002 (B) AND LBR 9013-1, AS AMENDED.

© 1993-2010 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

RAMOS RIVERA, JOSE ERNESTO
URB. MANSIONES DE LOS ARTESANOS
CALLE EBANO 156
LAS PIEDRAS, PR 00771

BANK OF AMERICA
4060 OGLETOWN STAN
NEWARK, DE 19713

EUROLEASE
A DIVISION OF EUROBANK
PO BOX 191009
SAN JUAN, PR 00919-1009

RAMOS SANCHEZ, CARMEN MARIA
URB. MANSIONES DE LOS ARTESANOS
CALLE EBANO 156
LAS PIEDRAS, PR 00771

BIO-SYSTEMS INTERNATIONAL, INC.
PO BOX 416
MERCEDITA, PR 00715

INTERNAL REVENUE SERVICES
P.O. BOX 16236
PHILADELPHIA, PA 19114-0236

JIMENEZ - QUINONES LAW OFFICES
268 AVE PONCE DE LEON STE 1118
SAN JUAN, PR 00918-2007

CORP FONDO DEL SEGURO DEL ESTADO
OFICINA REGIONAL DE SAN JUAN
PO BOX 42006
SAN JUAN, PR 00940-2006

INTERNAL REVENUE SERVICES
CITY VIEW PLAZA II
48 CARR 165 STE 2000
GUAYNABO, PR 00968

ADM. DE LOS SISTEMAS DE RETIRO DEL
ELA
PO BOX 42003
SAN JUAN, PR 00940

CRIM
P.O. BOX 195387
SAN JUAN, PR 00918-5387

LCDA. BEATRIZ M. RAMIREZ ABARCA
EDIF. CAPITAL CENTER TORRE SUR
239 ARTERIAL HOSTOS STE 1114
SAN JUAN, PR 00918-1477

AEELA
ASOCIACION DE EMPLADOS DEL ELA
P.O. BOX 364508
SAN JUAN, PR 00936-4508

DEPTO. DE HACIENDA
PO BOX 9024515
SAN JUAN, PR 00902-4515

LCDA. CAROLINA SANTA CRUZ SADURNI
DELGADO & FERNANDEZ, LLP
PO BOX 11750, FERNANDEZ JUNCOS STA
SAN JUAN, PR 00910-1750

ASOC. RES. MANSIONES DE LOS
ARTESANOS,
INC.
CALL BOX 7887
GUAYNABO, PR 00970

DORAL BANK
P.O. BOX 191191
SAN JUAN, PR 00919-1191

MARIA M. CRUZ
URB. MABU
CALLE 2 B-1
HUMACAO, PR 00791

AUTORIDAD DE ENERGIA ELECTRICA
P.O. BOX 363508
SAN JUAN, PR 00936-3508

DORAL BANK
DPTO. DE CONSUMO
PO BOX 13977
SAN JUAN, PR 00908

ORIENTAL - MORTGAGE SERVICING
PO BOX 71578
SAN JUAN, PR 00936-8678

BANCO POPULAR - MORTGAGE
BANKRUPTCY DIV.
PO BOX 362708
SAN JUAN, PR 00936-2708

DORAL BANK
DPTO. DE CONSUMO
PO BOX 308
CATANO, PR 00963-0308

PUERTO RICO LOSS MITIGATION, INC.
PO BOX 51938
TOA BAJA, PR 00950

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 363228
SAN JUAN, PR 00936-3228

EDNA VELLON
URB. MABU
CAALE 2 B-1
HUMACAO, PR 00791

RELIABLE
SECCION DE COBROS
P.O. BOX 191009
SAN JUAN, PR 00919-1009

BANCO POPULAR DE PR
CARDS PRODUCT DIVISION
PO BOX 70100
SAN JUAN, PR 00936-8100

EUROBANK AND TRUST COMPANY
DPTO DE QUIEBRAS
P.O. BOX 5447
SAN JUAN, PR 00919-5447

RETIRO - MAESTROS
ADM. DE SISTEMAS DE RETIRO DE
MAESTROS
PO BOX 191878
SAN JUAN, PR 00919