IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| JOSE ERNESTO RAMOS RIVERA | CASE 09-07597-SEK |
| CARMEN MARIA RAMOS SANCHEZ | CHAPTER 13 |
| DEBTOR(S) | **AMENDED DOCUMENT** |

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **October 21, 2009**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $35,274

3. With respect to the attached payment plan:

AMENDED PLAN DATE: April 24, 2010          PLAN BASE: $73,792.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 4/30/2010

[X] FAVORABLE          [ ] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
TRUSTEE WITHDRAWS MOTION TO DISMISS DKT. 45

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$2,000.00/$1,000.00

Atty: JIMENEZ QUINONES LAW

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062