B 210A (Form 210A) (12/09)                                                                                      998

# United States Bankruptcy Court

___The_____ District Of __Puerto Rico_____

In re **JOSE RAMOS-RIVERA**    ,                                    Case No. __09-07597____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **JEFFERSON CAPITAL SYSTEMS LLC** | **BANCO POPULAR DE PUERTO RICO** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617**

Court Claim # (if known): **3**
Amount of Claim: **$10292.68**
Date Claim Filed: **10/6/2009**

Phone: __800-928-7314_____      Phone: __787-759-7000 EXT:____
Last Four Digits of Acct #: __2100_____      Last Four Digits of Acct #: __2100____

Name and Address where transferee payments should be sent (if different from above):
**JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185**
Phone: __800-928-7314_____
Last Four Digits of Acct #: __2100_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____**/s/ Amy Payment (Manager)**___      Date:__**07/02/2010**_____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT D
## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Banco Popular de Puerto Rico ("Transferor"), has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of Georgia maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following name:

> Banco Popular de Puerto Rico
> Popular Finance, Inc.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 24 day of June, 2010.

Banco Popular de Puerto Rico,
Transferor

By: _____
Name: Jose Teruel de Torres
Title: Senior Vice President