# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> CARMEN M. RAMOS SANCHEZ <br> JOSE E. RAMOS RIVERA <br><br> DEBTOR(S) | CASE NO. 09-07597- SEK <br><br> CHAPTER 13 |

## RESPONSE TO
## MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. On August 25, 2010 **Reliable Financial Services, Inc.**, filed a motion requesting dismissal due to failure to renew the annual insurance policy for the motor vehicle **SCION TC 2006** registered under number 3204919.

2. On September 20, 2010 Debtors purchased a policy for the motor vehicle mentioned above satisfying Reliable Financial Services ground for dismissal. (See exhibit 1)

**WHEREFORE,** the undersigned attorney for Debtors requests from this Honorable Court to deny the motion requesting dismissal because the motion has become moot.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 13 Trustee, and Reliable Financial Services through counsel Carlos E. Perez Pastrana, P.O. Box 21382 San

Juan, Puerto Rico 00928-1328.

In San Juan, Puerto Rico, September 23, 2010.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jimenezlawoffice@gmail.com

FAMILY PERSONAL PACKAGE  
Policy No. 115 – 001002400-01-000000

**CHARTIS**  
INVOICE

ISSUE DATE : September 20, 2010

INVOICE NO : 115-001002400-01-000000

**Named Insured & Mailing Address**  
RAMOS SANCHEZ CARMEN M. (100100003)

URBANIZACION LOS ARTESANOS  
#56 EBANO  
LAS PIEDRAS, PR 00771-

**EXHIBIT 1**

**Producer Name (Code) & Mailing Address**  
ELIZA HERNANDEZ FRANCISCO(462)  
P. O. BOX 836

YABUCOA, PR 00767

---

**Description Kind of Insurance**  
FAMILY PERSONAL PACKAGE

**Policy No.**  
115-001002400-01-000000

**Policy Period**  
From September 20, 2010 To September 20, 2011 12:01 AM Standard Time at the insured's premise.

| TrN | Description | Premium | Assessment Fees | Total Premium |
|---|---|---|---|---|
| 1 | NEW POLICY | $1,045.00 | $0.00 | $1,045.00 |
| Totals: | | $1,045.00 | | $1,045.00 |

Insured's Copy

Ave. Muñoz Rivera 250, Hato Rey, Puerto Rico 00918  
PO Box 10181, San Juan, Puerto Rico 00908-1181  
Tel. (767) 767-6400 – www.chartisinsurance.com

FAMILY PERSONAL PACKAGE
Policy No. 115 – 001002400-01-000000

# CHARTIS

**Named Insured & Mailing Address**
RAMOS SANCHEZ CARMEN M (100100003)

URBANIZACION LOS ARTESANOS
#56 EBANO
LAS PIEDRAS, PR 00771-

NEW POLICY

**Policy Period**
From September 20, 2010 To September 20, 2011 12:01 AM Standard Time at the insured's premises.

Coverage is provided where a premium and limit of liability is shown for the coverage.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide insurance as stated in this policy.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.

|  | PREMIUM |
|---|---|
| PROPERTY | $ 179.00 |
| PERSONAL LIABILITY | $ 91.00 |
| PERSONAL AUTO | $ 775.00 |
| **Annual Premium** | **$1,045.00** |

| | |
|---|---|
| Assessment Fee | $0.00 |
| **Total Premium** | **$1,045.00** |

Form(s) And Endorsement(s) made a part of this policy at time issue":
APP 0305 - APP 0308 - APP 0344 - APP 0450 - APP 7419 - APP 2452 - APP 23623 - APP SC 0081 - APP Sec. I 06-0 - APP Sec. III A - - APP Sec.II - FORM R75 -
ILN133(12-5) - OFAC - PP0308(06-94)
"Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations
These declarations and the common policy declarations, if applicable, together with the common policy conditions, coverage form(s) and forms and endorsements, if any, issued to form a part thereof, complete the above numbered policy.

Countersigned At: SAN JUAN, PR September 20, 2010
ELIZA HERNANDEZ FRANCISCO(462)

*Lourdes M. Pérez*
Lourdes M. Pérez
Authorized Representative

Insured's Copy

Ave. Muñoz Rivera 250, Hato Rey, Puerto Rico 00918
PO Box 10181, San Juan, Puerto Rico 00908-1181
Tel. (787) 767-6400 – www.chartisinsurance.com

FAMILY PERSONAL PACKAGE   SECTION III PERSONAL AUTO - C **CHARTIS**

Policy No. 115 – 001002400-01-000000

**Named Insured & Mailing Address**
RAMOS SANCHEZ CARMEN M. (100100003)

URBANIZACION LOS ARTESANOS
#56 EBANO
LAS PIEDRAS, PR 00771-

**NEW POLICY**

**Policy Period**
From September 20, 2010 To September 20, 2011 12:01 AM Standard Time at the insured's premises.

Coverage is provided where a premium and limit of liability is shown for the coverage.

**INCLUDED VEHICLE No.: 1**

| YEAR | MAKE & MODEL | VIN NUMBER |
|---|---|---|
| 2006 | SCION TC | JTKDE177260067034 |
| | ACTUAL CASH VALUE | COST NEW |
| | $11,001.00 | $21,075.00 |
| | TERRITORY | CLASS CODE |
| | REMAINDER OF COMMONWEALTH | 5552 |
| | GARAGE LOCATION | |
| | URBANIZACION LOS ARTESANOS|#56 EBANO |LAS PIEDRAS, PUERTO | |

| COVERAGE (S) | LIMITS | PREMIUM | DEDUCTIBLES |
|---|---|---|---|
| BODILY INJURY PER PERSON | $100,000.00 | | $0.00 |
| BODILY INJURY PER ACCIDENT | $300,000.00 | $86.00 | $0.00 |
| PROPERTY DAMAGE | $50,000.00 | $122.00 | $0.00 |
| OTHER THAN COLLISION | $11,001.00 | $113.00 | $250.00 |
| COLLISION | $11,001.00 | $454.00 | $250.00 |
| **PREMIUM PER VEHICLE** | | **$775.00** | |

LOSS PAYEE
RELIABLE FINANCIAL SERVICES - P.O. BOX 21382 RIO PIEDRAS PR 00928

**SECTION III Annual Premium:** $775.00

Countersigned At: SAN JUAN, PR September 20, 2010
ELIZA HERNANDEZ FRANCISCO(462)

*Lourdes M. Pérez*
Authorized Representative

Insured's Copy

Ave. Muñoz Rivera 250, Hato Rey, Puerto Rico 00918
PO Box 10181, San Juan, Puerto Rico 00908-1181
Tel. (787) 767-6400 – www.chartisinsurance.com

Page 1 of 1

FAMILY PERSONAL PACKAGE
Policy No. 115 – 001002400-01-000000



## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aigproducercompensation.com or by calling AIG at 1-800-706-3102.

Ave. Muñoz Rivera 250, Hato Rey, Puerto Rico 00918
PO Box 10181, San Juan, Puerto Rico 00908-1181
Tel. (787) 767-6400 – www.chartisinsurance.com

**FAMILY PERSONAL PACKAGE**
Policy No. 116 – 001002400-01-000000



### BENEFICIARIES

RELIABLE FINANCIAL SERVICES
Address : P.O. BOX 21382 RIO PIEDRAS PR 00928
Loan No.: 511-603287

Ave. Muñoz Rivera 250, Hato Rey, Puerto Rico 00918
PO Box 10181, San Juan, Puerto Rico 00908-1181
Tel. (787) 767-6400 – www.chartisinsurance.com

Insured's Copy